UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 8:07-cv-751-T-30TGW |
| $214,000.00 in UNITED STATES CURRENCY; | : |
| CONTENTS OF CENTURY BANK ACCOUNT 200417702; | : |
| REAL PROPERTY LOCATED AT 3834 San Luis Drive, Sarasota, FL; | : |
| REAL PROPERTY LOCATED AT 2829 Randa Boulevard, Sarasota, FL, | : |
| Defendants. | : |

## **AMENDED JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the United States' Motion (Dkt. #31) for entry of an Amended Judgment of Forfeiture as to the $214,384.00 in United States currency.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Dkt. #31) of the United States is hereby GRANTED.

It is further ORDERED that pursuant to the provisions of 21 U.S.C. §§ 881(a)(6) and (7) and 18 U.S.C. § 981(a)(1)(A), the $214,384.00 in United States

currency is hereby forfeited to the United States for disposition according to law.

The Court's Final Judgment of Forfeiture entered on October 22, 2007 shall remain in full force and effect as to the other properties.

The Court shall retain jurisdiction to enter any further orders necessary to effect the forfeiture and disposition of the $214,384.00 in United States currency.

**DONE** and **ORDERED** in Tampa, Florida on December 5, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Tonya L. Shotwell, AUSA
Counsel of Record

F:\Docs\2007\07-cv-751.amended FJ forf 31.wpd

2